LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:01-cr-397 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS INDICTMENT |
| OVANNES AROUTIOUNIAN, | ) | AND ARREST WARRANT FILED |
| | ) | AGAINST DEFENDANT OVANNES |
| Defendant. | ) | AROUTIOUNIAN AND ORDER |
| _____ | ) | |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on August 29, 2001. Since filing the indictment, the government has not been able to locate the defendant and has come to believe that he fled the United States. In the meantime, the government no longer has significant evidence and the potential to secure witness testimony necessary for prosecution. Accordingly, the

government is not able to proceed with the prosecution and submits this motion to dismiss the indictment and arrest warrant filed against the defendant.

DATED: June 2, 2009                          LAWRENCE G. BROWN
                                             Acting United States Attorney


                                     By:     /s/ John K. Vincent
                                             JOHN K. VINCENT
                                             Assistant U.S. Attorney




**ORDER**

    Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against defendant Ovannes Aroutiounian on August 29, 2001, be and are hereby dismissed.

    IT IS SO ORDERED.

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2